**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6800**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

        v.

ALBERT RANDOLPH, a/k/a Spo,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (3:01-cr-00304-JRS-11)

Submitted:  August 28, 2012        Decided:  September 11, 2012

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Albert  Randolph,  Appellant  Pro  Se.  Peter  Sinclair  Duffey,
Robert  E.  Trono,  Assistant  United  States  Attorneys,  Richmond,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Randolph appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Randolph, No. 3:01-cr-00304-JRS-11 (E.D. Va. Apr. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2